IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICIO CUADRA,<br><br>            Plaintiff,<br><br>    v.<br><br>CITY OF SOUTH SAN FRANCISCO, et al.,<br><br>            Defendants. | NO. C 08-3439 TEH<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |

To accommodate the Court's schedule, the case management conference currently scheduled for February 2, 2009 is hereby CONTINUED to **1:30 P.M. on Monday, March 23, 2009**. The parties shall file a joint case management statement with the Court one week in advance.

**IT IS SO ORDERED.**

Dated: January 26, 2009

Thelton E. Henderson
United States District Judge