Kenneth N. Frucht, State Bar No. 178881
LAW OFFICES OF KENNETH FRUCHT
120 Montgomery Street, Suite 1600
San Francisco, CA 94104
Tel: (415) 392-4844
Fax: (415) 392-7973

Attorneys for Mauricio Cuadra

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICIO CUADRA,<br><br>   Plaintiffs,<br><br>   v.<br><br>CITY OF SOUTH SAN FRANCISCO, MIKE BROSNAN, DANNY GIL, JOHN KALLAS, MATT MCNICHOL, BLAKE MOLYNEUX, ADAM PLANK, ROY VARNEY, and DOES 1-25, inclusive,<br><br>   Defendants. | CASE NO.: CV 08-3439<br><br>**REQUEST, STIPULATION AND ~~PROPOSED~~ ORDER PERMITTING COUNSEL TO APPEAR BY TELEPHONIC CONFERENCE AT CASE MANAGEMENT CONFERENCE**<br><br>Conf. Date:   April 27, 2009<br>Time:            1:30 p.m.<br>Place:          Crtrm 12, 19th Fl.<br><br>Trial Date:    None |

   At the previous case management conference the Court set a further case management conference for April 27, 2009 at 1:30 p.m. At the time, Plaintiff's counsel Kenneth Frucht ("Frucht") was unaware that depositions had been scheduled by Frucht's co-counsel to commence in Miami beginning April 27, 2009, in the matter of MMCA v. Hewlett Packard et al., Case No. CV-06-07067-MMC (EMC). Two weeks of depositions were scheduled and both Frucht and his co-counsel were required for these depositions.

   It was Frucht's intention to make a request to appear telephonically at the Case Management Conference last week. However, on April 16, two sets of counsel for one of the defendants in the MMCA v. HP matter announced that they were withdrawing from the case, and that therefore the

1

**STIPULATION AND PROPOSED ORDER**

Miami depositions would not proceed. Frucht therefore believed that he would likely be able to personally appear at the Case Management Conference. However, yesterday (April 21), the withdrawing attorneys in the MMCA v. HP matter reached an agreement allowing the Miami depositions to go forward. Therefore, Frucht will now be in Miami on April 27. The MMCA v. HP depositions are very tightly scheduled due to a mid-June discovery cut-off, and they cannot be rescheduled.

Based on these circumstances, Frucht seeks leave of the Court to appear telephonically at the Case Management Conference on April 27, 2009 at 1:30 a.m.

The Court's standing order requires that any request for procedural changes be made through stipulation if possible. Therefore, Plaintiff's counsel contacted Defendants' counsel Tricia Hynes regarding a telephonic appearance. Ms. Hynes has agreed to this procedure. Therefore, it is hereby stipulated and agreed that Plaintiff's counsel Kenneth Frucht appear telephonically at the April 27, 2009 Case Management Conference.


/s/   *Kenneth Frucht*                                   /s/   *Tricia Hynes*
Kenneth N. Frucht                                        Tricia L. Hynes
Attorney For Plaintiff                                   Attorney for Defendants




IT IS SO ORDERED:

_____
Honorable Thelton E. Henderson
JUDGE OF THE U.S.

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson — 04/23/09]

2

**STIPULATION AND PROPOSED ORDER**