Kimberly E. Colwell (SBN: 127604)
kcolwell@meyersnave.com
Tricia L. Hynes (SBN: 212550)
thynes@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CAPTAIN MICHAEL BROSNAN and
LIEUTENANT JON KALLAS

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MAURICIO CUADRA,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF SOUTH SAN FRANCISCO, MIKE BROSNAN, DANNY GIL, JOHN KALLAS, MATT McNICHOL, BLAKE MOLYNEUX, ADAM PLANK, ROY VARNEY and DOES 1-25, inclusive,<br><br>Defendants. | Case No: C08-3439 TEH<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXCUSE PRESENCE OF LIEUTENANT JON KALLAS FROM ATTENDING SETTLEMENT CONFERENCE**<br><br><br><br>Complaint Filed: July 16, 2008<br>Trial Date: Not Yet Set |

1       Pursuant to Local Rules 7-11 and 7-12, defendant Michael Brosnan et al., and plaintiff

2   Mauricio Cuadra file this stipulated motion to excuse the presence of co-defendant Lieutenant Jon

3   Kallas from the March 22, 2010 Settlement Conference before Magistrate Judge Joseph C. Spero.  In

4   support of said request, the parties state as follows:

5       Whereas, this is a civil rights action brought by plaintiff Mauricio Cuadra against individual

6   South San Francisco officers Captain Brosnan and Lieutenant Kallas.  Plaintiff contends the

7   defendants violated his First Amendment rights for their investigation of him in relation to California

8   Penal Code Section 148.6, among other claims.

9       Whereas, on January 25, 2010, the parties filed a Joint Stipulation to attend early Settlement

10  Conference, which the Court granted on January 27, 2010, assigning this case to Magistrate Judge

11  Joseph C. Spero for settlement purposes.

12      Whereas, on January 29, 2010, Hon. Magistrate Judge Spero issued an order requiring the

13  parties to personally appear for a March 22, 2010 Settlement Conference at 9:30 a.m..

14      Whereas, requiring Lieutenant Kallas to appear on this date and time would cause the City to

15  have to order a replacement supervisor to come in on overtime to fill his shift.  Moreover, Lieutenant

16  Kallas has no independent settlement authority, as any such agreement would require City Council

17  approval.  Further, Captain Brosnan and counsel for the City will be present and able to answer any

18  questions the Court may have about this litigation during the Conference.

19  ///

20  ///

21  ///

22  ///

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

Stipulation to Excuse Personal Appearance of Lt. Kallas at Settlement Conference          [C08-03439 TEH]

1    NOW THEREFORE, IT IS HEREBY STIPULATED by the parties, through their respective

2  counsel of record, that Lieutenant Kallas' attendance at the March 22, 2010 settlement conference is

3  excused.

4

5  Dated:  March 5, 2010                    Respectfully submitted,

6                                           Law Offices of Kenneth Frucht

7

8                                           By:_____/S/   Kenneth N. Frucht_____
                                                   Kenneth N. Frucht
9                                                  Attorneys for Plaintiff
                                                   Mauricio Cuadra
10

11 Dated: March 5, 2010                     Respectfully submitted,

12                                           MEYERS, NAVE, RIBACK, SILVER & WILSON

13

14                                          By:____/S/   Tricia L. Hynes_____
                                                   Tricia L. Hynes
15                                                 Attorneys for Defendants
                                                   CAPTAIN MICHAEL BROSNAN and
16                                                 LIEUTENANT JON KALLAS

17

18 1385947.1

19

20

21

22

23

24

25

26

27

28

Stipulation to Excuse Personal Appearance of Lt. Kallas at Settlement Conference        [C08-03439 TEH]

1

**ORDER**

2    Pursuant to stipulation, and good cause having been found, it is ordered that the personal

3 appearance of Lieutenant Jon Kallas is excused.

4

5 IT IS SO ORDERED:

6

7



8 Dated: 3/9/10

9             Honor     Spero,
             Magistrate Judge of the U.S. District Court

10 1385947.1

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to Excuse Personal Appearance of Lt. Kallas at Settlement Conference   [C08-03439 TEH]