1  Kenneth Frucht (SBN: 178881)
   kfrucht@aol.com
2  LAW OFFICES OF KENNETH FRUCHT
   120 Montgomery Street, Ste. 1600
3  San Francisco, CA 94104
   Telephone: (415) 392-4844
4  Facsimile: (415) 392-7973

5
   Attorneys for Plaintiff
6  MAURICIO CUADRA

7  Kimberly E. Colwell (SBN: 127604)
   kcolwell@meyersnave.com
8  Tricia L. Hynes (SBN: 212550)
   thynes@meyersnave.com
9  MEYERS, NAVE, RIBACK, SILVER & WILSON
   555 12th Street, Suite 1500
10 Oakland, CA 94607
   Telephone: (510) 808-2000
11 Facsimile: (510) 444-1108

12 Attorneys for Defendants
   CAPTAIN MICHAEL BROSNAN and
13 SERGEANT JOHN KALLAS

14                      UNITED STATES DISTRICT COURT

15                     NORTHERN DISTRICT OF CALIFORNIA

16 MAURICIO CUADRA,                    Case No: CV08-3439 TEH (JCS)

17              Plaintiff,
                                       STIPULATION FOR DISMISSAL OF
18 v.                                  ENTIRE ACTION WITH PREJUDICE;
                                       [PROPOSED] ORDER
19 CITY OF SOUTH SAN FRANCISCO, MIKE
   BROSNAN, DANNY GIL, JOHN KALLAS,
20 MATT MCNICHOL, BLAKE MOLYNEUX,
   ADAM PLANK, ROY VARNEY, and DOES
21 1-25, inclusive,

22              Defendants.

23                                     Complaint Filed: July 16, 2008
                                       Trial Date: Not Yet Set
24

25

26

27

28

Stipulated Dismissal & [Proposed] Order                    [CV08-3439 (TEH)]

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff MAURICIO CUADRA ("Cuadra"), Defendants CITY OF SOUTH SAN FRANCISCO, MIKE BROSNAN, DANNY GIL, JOHN KALLAS, MATT MCNICHOL, BLAKE MOLYNEUX, ADAM PLANK, ROY VARNEY (collectively referred to herein as "all Defendants") by and through their counsel of record, respectfully submit the present Stipulation dismissing Cuadra's Complaint in Case No. CV08-3439 TEH (JCS). The parties further agree that Cuadra and all Defendants shall bear their own costs associated with the maintenance and defense of Case No. CV08-3439 TEH (JCS).

THEREFORE, THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. <u>Dismissal with prejudice</u>. Plaintiff MAURICIO CUADRA dismisses with prejudice his Complaint in Case No. CV08-3439 captioned "MAURICIO CUADRA, Plaintiff, v. CITY OF SOUTH SAN FRANCISCO, MIKE BROSNAN, DANNY GIL, JOHN KALLAS, MATT MCNICHOL, BLAKE MOLYNEUX, ADAM PLANK, ROY VARNEY, and DOES 1-25, inclusive," presently pending before this Court.

2. <u>Costs</u>. Cuadra and all Defendants shall bear their own costs and fees incurred in the prosecution and defense of Case No. CV08-3439. In no event shall any party to Case No. CV08-3439 be entitled to recover from or be required to pay to any adverse party fees, costs, or any other remuneration emanating out of this action as a result of the instigation, prosecution, defense or dismissal with prejudice of Case No. CV08-3439.

IT IS SO STIPULATED

Dated: April 5, 2010        LAW OFFICES OF KENNETH FRUCHT

                            By: /s/ Kenneth Frucht
                                KENNETH FRUCHT
                                Attorneys for Plaintiff MAURICIO CUADRA

Dated: April 5, 2010        MEYERS, NAVE, RIBACK, SILVER & WILSON

                            By: /s/ Tricia Hynes
                                TRICIA HYNES
                                CITY OF SOUTH SAN FRANCISCO, MIKE
                                BROSNAN, DANNY GIL, JOHN KALLAS, MATT
                                MCNICHOL, BLAKE MOLYNEUX, ADAM PLANK,
                                and ROY VARNEY

## ORDER

Pursuant to the parties' Stipulation, Plaintiff's Complaint on file herein is hereby dismissed, with prejudice, each side to bear its own costs/fees. The Clerk of the Court is hereby directed to close the file.

**IT IS SO ORDERED**

Dated: _____04/06/10_____



_____
JUDGE THELTON HENDERSON
UNITED STATES DISTRICT COURT JUDGE

1401266.1